JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRCK VAN AUDENHOVE, | Case No. ED CV 14-0944 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY OF RIVERSIDE, et al., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 23rd day of September, 2016.

/s/
Fernando M. Olguin
United States District Judge